UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JULIA PARKER                                                    CIVIL ACTION

VERSUS

COMMISSIONER OF SOCIAL                              NO.: 12-00557-BAJ-RLB
SECURITY

RULING AND ORDER

On February 3, 2014, United States Magistrate Judge Richard L. Bourgeois, Jr.

issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B),

recommending that the final decision of the Commissioner of the Social Security

Administration be vacated, and that this matter be remanded for further proceedings.

(Doc. 14.)

The Magistrate Judge's Report and Recommendation specifically notified the

Commissioner that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from

the date he received the Report and Recommendation to file written objections to the

proposed findings of fact, conclusions of law, and recommendations set forth therein.

(Doc. 14, p. 1.)  A review of the record indicates that the Commissioner did not file

written objections to the Magistrate Judge's Report and Recommendation.

Having  carefully  considered  the  Magistrate  Judge's  Report  and

Recommendation, the record, and the applicable law, the Court concludes that the

Magistrate Judge's Report is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the Commissioner's decision is **VACATED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

Baton Rouge, Louisiana, this 25th day of March, 2014.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**